IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES SHRUM AND JOSH MALCOLM, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 3:11-0938 ) Judge Trauger/Brown |
| ADRIEL RIKER, et al. | ) ) |
| Defendants. | ) |

### ORDER TO PRODUCE

A case management conference in this action is set for **3:30 p.m. on Monday, March 12, 2012.**

It is hereby **ORDERED** that the Sheriff of the institution, **ROBERTSON COUNTY DETENTION CENTER**, 311 5th Avenue East, Springfield, TN 37172 where inmate **Josh Malcolm** is presently confined, produce and deliver inmate **Josh Malcolm,** to this hearing no later than **3:15 p.m. on Monday, March 12, 2012,** to **Courtroom No. 783**, **U.S. Courthouse, 801 Broadway, Nashville**, before the Magistrate Judge. This Order to Produce shall be in effect for any subsequent days that the hearing may continue.

It is so **ORDERED**.

    /s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge