IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES SHRUM and JOSH MALCOLM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0938 |
| | ) | Judge Trauger |
| ADRIEL RIKER and SONYA TROUTT, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## O R D E R

On May 10, 2012, the Magistrate Judge issued a report and Recommendation (Docket No. 56), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that all claims asserted by plaintiff Josh Malcolm in this case are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

It is so **ORDERED**.

ENTER this 7th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge