IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES SHRUM and JOSH MALCOLM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0938 |
| | ) | Judge Trauger |
| ADRIEL RIKER and SONYA TROUTT, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On December 18, 2012, the Magistrate Judge issued a report and Recommendation (Docket No. 85), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the trial date of February 5, 2013 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 10th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge